No. 76–749.  PFIZER, INC., ET AL. *v.* GOVERNMENT OF INDIA ET AL.  C. A. 8th Cir.  The Solicitor General is invited to file a brief in this case expressing the views of the United States. MR. JUSTICE BLACKMUN took no part in the consideration or decision in this matter.

No. 76–5763.  MAYFIELD *v.* UNITED STATES.  Motion for leave to file petition for writ of habeas corpus denied.

No. 76–742.  GREAT NATIONAL LIFE INSURANCE CO. ET AL. *v.* PINE GATE ASSOCIATES, LTD.  Motion for leave to file petition for writ of prohibition and other relief denied.

No. 76–939.  AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. *v.* UNITED STATES.  Motion for leave to file petition for writ of certiorari and/or petition for writ of certiorari before judgment denied.

No. 75–536.  NASHVILLE GAS CO. *v.* SATTY.  C. A. 6th Cir. Certiorari granted.

No. 75–1069.  RICHMOND UNIFIED SCHOOL DISTRICT ET AL. *v.* BERG.  C. A. 9th Cir.  Certiorari granted.

No. 76–398.  CITIZENS & SOUTHERN NATIONAL BANK *v.* BOUGAS.  Ct. App. Ga.  Certiorari granted.

No. 76–761.  BALLEW *v.* GEORGIA.  Ct. App. Ga.  Certiorari granted.

No. 75–1914.  MONELL ET AL. *v.* DEPARTMENT OF SOCIAL SERVICES OF THE CITY OF NEW YORK ET AL.  C. A. 2d Cir. Certiorari granted limited to Question 2 presented by the petition.